UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    CASE NO. 13 B 37818
                                          CHAPTER 13
Bonnie McDuffie
                                          JUDGE CAROL A DOYLE

        DEBTOR                            **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  <u>FIFTH THIRD MTG CO</u>

---

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 2 | 2 | XXXXXX0386 | $20,508.00 | $20,508.00 | $20,508.00 |
| Total Amount Paid by Trustee | | | | | $20,508.00 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit          **X**  Direct by the Debtor

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 13-37818-CAD

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 9th day of February, 2016.


Debtor:

Bonnie McDuffie

22052 Sunset Drive

Richton Park, IL 60471

Attorney:

JOSEPH WROBEL

1954 FIRST ST #206

HIGHLAND PARK, IL 60035

via Clerk's ECF noticing procedures


Creditor:

FIFTH THIRD MTG CO

PO BOX 637640

CINCINNATI, OH 45263-7640


ELECTRONIC SERVICE - United States Trustee


Date: February 09, 2016

/s/ TOM VAUGHN

TOM VAUGHN

CHAPTER 13 TRUSTEE

55 E. MONROE STREET, SUITE 3850

CHICAGO, IL 60603